```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPARROW FUND MANAGEMENT, LP,<br><br>         Plaintiff,<br><br>-against-<br><br>MIMEDX GROUP, INC., et al.,<br><br>         Defendants. | ORDER SCHEDULING CASE MANAGEMENT CONFERENCE<br><br>1:21-CV-9197 (PGG)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  This case has been referred to me for general pretrial supervision purposes (Doc. No. 16). A Case Management Conference in this matter will be held on **Tuesday, January 11, 2022 at 12:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED.

Dated: November 17, 2021
     New York, New York

                       *[signature: Katharine H Parker]*

                       KATHARINE H. PARKER
                       United States Magistrate Judge