```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPARROW FUND MANAGEMENT, LP,

                Plaintiff,

-against-

MIMEDX GROUP, INC., et al.,

                Defendants.

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

1:21-CV-9197 (PGG)(KHP)

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, the Case Management Conference scheduled for **January 11, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated:    January 10, 2022
              New York, New York

*[signature: Katharine H. Parker]*

                              KATHARINE H. PARKER
                              United States Magistrate Judge